IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ILLINOIS TOOL WORKS, INC. <br> a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> A+ PRODUCTS, INC. <br> a New York corporation, <br><br> Defendant. | Civil Action No. 05 C 4663 <br><br> JUDGE GRADY <br><br> MAGISTRATE JUDGE SCHENKIER |

## NOTICE OF DISMISSAL PURSUANT TO F.R.C.P. 41

Plaintiff, Illinois Tool Works Inc. ("ITW"), hereby provides notice of dismissal, without prejudice, of the above-captioned matter. Defendant, A+ Products, Inc., has not yet answered or otherwise responded to the Complaint. Therefore, dismissal without prejudice is proper pursuant to Fed.R.Civ.P. 41(a)(1).

Respectfully submitted,

Dated: February 22, 2006   By: _____
Richard T. McCaulley Jr.
**McAndrews Held & Malloy, Ltd.**
500 West Madison – 34th Floor
Chicago, IL 60611
(312) 775-8000
Fax (312) 775-8100
**Counsel for Plaintiff,**
**Illinois Tool Works, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **NOTICE OF DISMISSAL PURSUANT TO F.R.C.P. 41** was served by sending a true and correct copy thereof, via first-class mail, postage pre-paid, upon A+ Products, Inc.:

>Michael Schreiber
>A+ Products, Inc.
>Marlboro Industrial Park
>8 Timber Lane
>Marlboro, NJ 07746

on February 22, 2006

*[signature]*